**FILED**
**JAN 2 3 2020**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NUMBER: 20-30005-NJR ) |
| MONTREECE L. TRAVIS, a/k/a MONTY L. TRAVIS | ) Title 18, ) United States Code, ) Section 641 |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. From in or about September of 2019 through in or about November 2019, in Madison County, within the Southern District of Illinois,

**MONTREECE L. TRAVIS, a/k/a MONTY L. TRAVIS**

the defendant, willfully and knowingly did steal and purloin three Apple IPads, of a value exceeding $1,000, property of the United States Department of Justice.

2. At all times relevant, **MONTREECE L. TRAVIS, a/k/a MONTY L. TRAVIS** was employed by World Wide Technology at the North American Integration Center in Edwardsville, Illinois as a fork lift operator and temporary employee.

3. After stealing the IPads he attempted to pawn two of the IPads and sold the third.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

*[signature]*
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $20,000 unsecured

2